|  |  |
|---|---|
| PHILLIP COULTER, et al., | Case No. 2:19-CV-01619-JCM-EJY |
| Plaintiffs, | **ORDER** |
| v. |  |
| MONA VAN KRIEKAN, et al., |  |
| Defendants. |  |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

Before the Court is Counsel's Motion and Proposed Order to Withdraw as Counsel of Record (ECF No. 20). The Court finds John B. Shook of Shook & Stone, Chtd. has met his obligations under Nevada and Local Rule to allow for his withdrawal. Plaintiffs Phillip Coulter and Shari Williams shall have 30 days to find new counsel who shall file an appearance with the Court and notify opposing counsel of his/her retention.

Accordingly,

IT IS SO ORDERED that the Motion and Proposed Order to Withdraw as Counsel of Record (ECF No. 20) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall have 30 days to find new counsel who shall file an appearance with the Court and notify opposing counsel of his/her retention.

IT IS FURTHER ORDERED that Defendants shall not conduct discovery on Plaintiffs during this 30 day period measured from the date of this Order. If Plaintiffs fail to obtain new counsel within 30 days, Defendants may then commence discovery directed to Plaintiffs.

DATED: November 5, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1