1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
3  Las Vegas, Nevada 89130
   Phone: 702-240-6060
4  Fax: 702-240-4267
   mmills@blwmlawfirm.com
5
   Counsel for Defendants/
6  Third-Party Plaintiffs
   Admiral Merchants Motor Freight, Inc.
7  Mike and Mo's Transport, Inc.
   and Mona Van Krieken
8

9               UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11 | PHILLIP COULTER and           | CASE NO: 2:19-cv-01619-JCM-EJY
   | SHARI WILLIAMS,               |
12 |                               |
   |       Plaintiffs,             |
13 |                               |
   |       vs.                     |
14 |                               | **STIPULATION AND ORDER FOR**
   | MONA VAN KRIEKAN, individually; | **DISMISSAL OF THE THIRD-PARTY**
15 | MIKE and MO'S TRANSPORT, INC., a | **ACTION ONLY WITH PREJUDICE**
   | Domestic Corporation,         |
16 | ADMIRAL MERCHANTS MOTOR       |
   | FREIGHT, INC., a Domestic Corporation; |
17 | DOES I through X, inclusive; and |
   | ROE BUSINESS ENTITIES I through X, |
18 | inclusive,                    |
19 |       Defendants.             |
20 | MONA VAN KRIEKEN, individually; |
21 | MIKE and MO'S TRANSPORT, INC., a |
   | Domestic Corporation, ADMIRAL |
22 | MERCHANTS MOTOR FREIGHT, INC., |
23 |       Third-Party Plaintiffs. |
24 |       vs.                     |
25 | CLAUDE HILTON BOYKIN, JR., and |
   | WERNER ENTERPRISES, INC., a   |
26 | Domestic Corporation,         |
27 |       Third-Party Defendants. |
28

STIPULATION AND ORDER FOR DISMISSAL OF THE THIRD-PARTY ACTION ONLY WITH PREJUDICE
- PAGE 1 OF 3 -

3508432v1

IT IS HEREBY STIPULATED, by and between Third-Party Plaintiffs Mona Van Krieken, Mo's Transport, Inc., and Admiral Merchants Motor Freight, Inc., by and through their attorney Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell PLLC and Third-Party Defendants Claude Hilton Boykin, Jr. and Werner Enterprises, Inc. by and through their attorney Michael Hetey, Esq. of the law firm of Thorndal Armstrong Delk Balkenbush & Eisinger Law Offices that the above-entitled third-party action only shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

No trial date was set for this matter.

Agreed as to form and content:

DATED this 9th day of April 2020.   DATED this 30th day of Apr 2020.

THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER LAW OFFICES

BAUMAN LOEWE WITT & MAXWELL, PLLC

_____
MICHAEL HETEY, Esq.
Nevada Bar No. 5668
1100 E. Bridger Ave.
PO Box 2070
Las Vegas, NV 89125
Email: mch@thorndal.com
Phone: 702-366-0622
Fax: 702-366-0327
Attorneys for Third-Party Defendants Claude Hilton Boykin, Jr. and Werner Enterprises, Inc.

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendants / Third-Party Plaintiffs Mona Van Krieken, Mike and Mo's Transport, Inc., and Admiral Merchant Motor Freight, Inc.

## ORDER

Upon Stipulation by the parties and counsel for the parties regarding the third-party action only, and good cause appearing therefore,

///

///

///

///

1  IT IS HEREBY ORDERED that the third-party action only be dismissed, with
2  prejudice, each party to bear their own costs and fees.
3  DATED May 6, 2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

BAUMAN LOEWE WITT & MAXWELL

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendants / Third-Party Plaintiffs Mona Van Krieken, Mike and Mo's Transport, Inc., and Admiral Merchant Motor Freight, Inc

STIPULATION AND ORDER FOR DISMISSAL OF THE THIRD-PARTY ACTION ONLY WITH PREJUDICE
- PAGE 3 OF 3 -

3508432v1